F.d: 9730990
USMS: 07394-104

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

In the Matter of the Extradition of

GHEORGHE DUMITRU

**WARRANT FOR ARREST**
AGENT TO ARREST

Case Number: 1:24-MJ-61 JSA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 10 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GHEORGHE DUMITRU

and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT** charging him or her with: Being a fugitive from Mexico, which has sought his arrest with a view toward extradition, pursuant to the extradition treaty between the United States and Mexico, and 18 U.S.C. § 3184, for the offenses of criminal association in violation of Article 164, in relation to Article 13, section III of the Mexican Criminal Code and unduly withdrawing proceeds from credit institutions in violation of Article 113 Bis of the Mexican Law of Credit Institutions.

JUSTIN S. ANAND
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

February 13/SSA, 2024
Atlanta, Georgia
Date and Location

Bail Fixed at $_____     by _____
                              Name of Judicial Officer

FEB 16 '24 PM 2 43 USMS NGA

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 02-16-2024     DUSM S. Brana
                              Name and Title of Arresting Officer

Date of Arrest: 03-01-2024    _____
                              Signature of Arresting Officer

Warrant returned unexecuted
due to being processed
on a WRIT

## United States District Court
### NORTHERN DISTRICT OF GEORGIA

FID:9730990
USMS:07394-104

In the Matter of the Extradition of

**WARRANT FOR ARREST**
AGENT TO ARREST

GHEORGHE DUMITRU

Case Number: 1:24-MJ-61

**COPY**

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GHEORGHE DUMITRU

and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT** charging him or her with: Being a fugitive from Mexico, which has sought his arrest with a view toward extradition, pursuant to the extradition treaty between the United States and Mexico, and 18 U.S.C. § 3184, for the offenses of criminal association in violation of Article 164, in relation to Article 13, section III of the Mexican Criminal Code and unduly withdrawing proceeds from credit institutions in violation of Article 113 Bis of the Mexican Law of Credit Institutions.

JUSTIN S. ANAND
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

13/ssA
February ~~12,~~ 2024
Atlanta, Georgia
Date and Location

Bail Fixed at $_____   by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 3/1/24

Date of Arrest: 3/1/24

Bruno, S    DUSM
Name and Title of Arresting Officer

Signature of Arresting Officer