## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**IN THE MATTER OF**
**THE EXTRADITION OF**
**GHEORGHE DUMITRU**

**1:24-MJ-0061-JSA**

## ORDER

The Government has filed an unopposed motion to continue the briefing schedule set by the Court on March 1, 2024. (Docs. 6 and 8). For good cause shown, the Court **GRANTS** the Government's motion and amends the briefing schedule as follows: the Government's opening brief shall be due April 22, 2024; Defendant's response brief shall be due May 22, 2024; and the Government's reply brief shall be due June 10, 2024. The Court will schedule the extradition hearing following the completion of the briefing.

**IT IS SO ORDERED,** this 16th day of April, 2024.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE